IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**QUINCY WILSON**  **PLAINTIFF**

v.  Case No. 3:11-cv-146-DPM

**CRAIGHEAD COUNTY JAIL, and
DREW COUNTY JAIL**  **DEFENDANTS**

### ORDER

The Court has reviewed United States Magistrate Judge H. David Young's Proposed Findings and Recommendations, *Document No. 9*, to which Quincy Wilson has not objected. Seeing no clear error of fact on the record as a whole, FED. R. CIV. P. 72(b) (1983 advisory committee note), or legal error, the Court adopts Judge Young's proposal with one modification: dismissal of Wilson's amended complaint, *Document No. 7*, is without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 Sept. 11