IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

QUINCY WILSON                                                              PLAINTIFF

v.                          Case No. 3:11-cv-146-DPM

CRAIGHEAD COUNTY JAIL, and
DREW COUNTY JAIL                                                        DEFENDANTS

## JUDGMENT

Quincy Wilson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9/23/2011