IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**QUINCY WILSON**                                                                                  **PLAINTIFF**

v.                         **Case No. 3:11-cv-146-DPM**

**CRAIGHEAD COUNTY JAIL, and**
**DREW COUNTY JAIL**                                                                **DEFENDANTS**

## JUDGMENT

Quincy Wilson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9/23/2011